William W. Taylor, III (*pro hac vice*)
Caroline J. Mehta (*pro hac vice*)
Steven N. Herman (*pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
cmehta@zuckerman.com
sherman@zuckerman.com

Jamie L. Dupree (158105)
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Tel: (415) 399-3840
Fax: (415) 399-3838
jdupree@fddcm.com

*Attorneys for Plaintiff*
*Sujit Choudhry*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUJIT CHOUDHRY,<br><br>    Plaintiff,<br><br>  v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, JANET NAPOLITANO, NICHOLAS B. DIRKS, CAROL CHRIST, JANET BROUGHTON, AND BENJAMIN HERMALIN,<br><br>    Defendants. | Case No. 3:16-cv-05281-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALTER BRIEFING SCHEDULE AND TO MOVE HEARING DATE TO DECEMBER 15, 2016 ON DEFENDANTS' MOTION TO DISMISS [LOCAL RULE 6-2]**<br><br>Date: December 8, 2016<br>Time: 1:30 p.m.<br>Courtroom: 3, 17th Floor<br>Judge: Hon. Richard Seeborg |

///

**RECITALS**

The parties have fully briefed Plaintiff's Motion for a Preliminary Injunction, which is set for hearing by the Court on Monday, November 7, 2016.

Plaintiff filed an Amended Complaint (Doc. No. 22) on October 13, 2016.

Defendants filed a Motion to Dismiss on October 27, 2016 (Doc. No. 26), with Plaintiff's Opposition to that Motion to Dismiss being due on November 10, 2016, and Defendants' Reply on November 17, 2016, with a December 8, 2016 hearing date.

Particularly in light of the motion for preliminary injunction hearing, the necessity of travel for out of town counsel for the November 7, 2016 preliminary injunction hearing, and the Thanksgiving holiday, the Parties have agreed that slight changes to the briefing schedule and hearing date will facilitate the efficient and orderly resolution of the Motion to Dismiss. None of these proposed date changes will affect any other dates in this case, which is still at its beginning.

**STIPULATION**

THEREFORE, it is hereby stipulated and agreed by the parties, through their counsel of record:

(1)   Plaintiff's Opposition to the Motion to Dismiss (Doc. No.26) shall be filed no later than November 17, 2016 (a seven day extension from the current due date);

(2)   Defendants' Reply on the Motion to Dismiss shall be filed no later than December 1, 2016 (a (a seven day extension from the date the reply would be due with the new Opposition date); and

(3)   The hearing on the Motion to Dismiss shall be continued from December 8, 2016, to December 15, 2016, at 1:30 p.m., which is the same day as the Initial Case Management Conference in this matter (a seven day continuance).

//
//
//
//
//

1     IT IS SO STIPULATED.

2 Dated:  November 4, 2016        Respectfully submitted,

William W. Taylor, III (*pro hac vice*)
Caroline J. Mehta (*pro hac vice*)
Steven N. Herman (*pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
cmehta@zuckerman.com
sherman@zuckerman.com

/s/  Jamie L. Dupree
Jamie L. Dupree
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Tel: (415) 399-3840
jdupree@fddcm.com

*Attorneys for Plaintiff*
*Sujit Choudhry*

Dated:  November 4, 2016

/s/ Bryan H. Heckenlively_____
By: Bradley S. Phillips
Bryan H. Heckenlively
Sara N. Taylor
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA  94105
Phone: (415) 512-4000
Facsimile: (415) 512-4077
Brad.Phillips@mto.com
Bryan.Heckenlively@mto.com
Sara.Taylor@mto.com

*Attorneys for Defendants The Regents of the University of California, Janet Napolitano, Nicholas B. Dirks, Carol Christ, Janet Broughton, and Benjamin Hermalin*

//
//
//
//

2

STIP. AND [PROPOSED] ORDER TO ALTER briefing scheduling and hearing date on defs.' mtn to Dismiss
Case No. 3:16-cv-05281-RS

**ATTESTATION**

I, Jamie L. Dupree, hereby attest that concurrence in the filing of this Stipulation to Alter Briefing Schedule and Hearing Date on Defendants' Motion to Dismiss has been obtained from all counsel with conformed signatures above.

/s/  Jamie L. Dupree

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/4/16

Honorable Richard Seeborg
United States District Court

3