William W. Taylor, III (*pro hac vice*)
Caroline J. Mehta (*pro hac vice*)
Steven N. Herman (*pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
cmehta@zuckerman.com
sherman@zuckerman.com

Jamie L. Dupree (158105)
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Tel: (415) 399-3840
Fax: (415) 399-3838
jdupree@fddcm.com

*Attorneys for Plaintiff
Sujit Choudhry*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUJIT CHOUDHRY,<br><br>              Plaintiff,<br><br>     v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, JANET NAPOLITANO, NICHOLAS B. DIRKS, CAROL CHRIST, JANET BROUGHTON, AND BENJAMIN HERMALIN,<br><br>              Defendants. | Case No.  3:16-cv-05281-RS<br><br>**PLAINTIFF SUJIT CHOUDHRY'S NOTICE OF DISMISSAL WITHOUT PREJUDICE [FRCP RULE 41(a)]**<br><br>Judge: Hon. Richard Seeborg |

///

///

///

///

///

///

///

1      PLEASE TAKE NOTICE that Plaintiff Sujit Choudhry hereby dismisses this action
2 without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a).
3 Dated:  November 15, 2016        Respectfully submitted,

William W. Taylor, III (*pro hac vice*)
Caroline J. Mehta (*pro hac vice*)
Steven N. Herman (*pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, D.C. 20036
Tel: (208) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
cmehta@zuckerman.com
sherman@zuckerman.com


/s/  Jamie L. Dupree
Jamie L. Dupree
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Tel: (415) 399-3840
jdupree@fddcm.com

*Attorneys for Plaintiff
Sujit Choudhry*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies as follows:

I am an employee of the law firm of Futterman, Dupree, Dodd, Croley, Maier LLP, 180 Sansome Street, 17th Floor, San Francisco, California, 94104.  I am over the age of 18 and not a party to the within action.

I am readily familiar with the business practice of Futterman Dupree Dodd Croley Maier LLP for the collection and processing of correspondence.

On November 15, 2016, I served a copy of the following document(s):

pursuant to the ordinary business practice of this office in the manner and/or manners described below to each of the parties herein and addressed as follows:

  X    BY ELECTRONIC SERVICE:  In the ordinary course of business, the foregoing document(s) were electronically served on all parties and counsel registered with the Clerk of Court using the CM/ECF system, which sends a notification of such filing (NEF) to the following:

| | |
|---|---|
| Bradley S. Phillips, Esq.<br>Sara N. Taylor, Esq.<br>Munger Tolles & Olson<br>355 South Grand Ave., 35th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>Email: brad.phillips@mto.com<br>Email: sara.taylor@mto.com | Bryan H. Heckenlively, Esq.<br>Munger Tolles & Olson<br>560 Mission St., 27th Floor<br>San Francisco, CA 94105<br>Phone: (415) 512-4000<br>Facsimile: (415) 512-4077<br>bryan.heckenlively@mto.com |

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury, under the laws of the United States of America, that the above is true and correct.

Executed on November 15, 2016 at San Francisco, California.

/s/
_____
Michelle Vigil